The People of the State of New York, Respondent, v. Harry Schmidt, Appellant.— Judgment of the Court of Special Sessions affirmed. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

The People of the State of New York ex rel. Harry Redlich and John Turteltaub, Appellants, v. George B. McClellan, as Mayor of the City of New York, and Francis J. Lantry, as Fire Commissioner of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Max Resnicoff, Respondent, v. Samuel Blick, Appellant, Impleaded with Marks Goldstein and Others.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Ada Smith, Respondent, v. The Coney Island and Brooklyn Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Ella J. Smith, Appellant, v. Felix Metzger, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor Rich and Miller, JJ., concurred.

Charles B. Steuerwald, as Agent, etc., Respondent, v. William Fox and Sol Brill, Appellants.— Final order of the Municipal Court reversed on argument, and new trial ordered, costs to abide the event. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Mary B. Tower, Respondent, v. Albert E. Tower, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Joseph Wallan and Morris Baumann, Respondents, v. Jacob Rechnitz, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Thomas J. Waring, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Mary Burke, an Infant, by George J. O'Keefe, Her Guardian ad Litem, Appellant, v. The London Guarantee and Accident Company, Respondent.— Judgment affirmed, with costs, on opinion of Mr. Justice Gaynor at Special Term. (Reported in 47 Misc. Rep. 171.) Woodward, Jenks, Hooker and Rich, JJ., concurred.

John G. Bennett, Appellant, v. John Schultz and Mary Schultz, Respondents. — We think the plaintiff made a *prima facie* case which entitled him to have the questions of fact passed upon. Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Irving Clark, Appellant, v. Crosby & Company, Impleaded with Gordon & Malven Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.